UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

FLO & EDDIE, INC., individually and on behalf
of all others similarly situated,

    Plaintiff,

    -against-                              No. 13 Civ. 5784 (CM)

SIRIUS XM RADIO INC., and DOES 1
through 10,

    Defendants.

----------------------------------------x

**ORDER**

McMahon, J.:

Plaintiff Flo & Eddie, Inc. brought this putative class action against Defendants Sirius XM Radio, Inc., and "Does 1 through 10," alleging common law copyright infringement and unfair competition under New York Law. On October 28, 2013, Sirius moved to dismiss the complaint; on November 13, 2013, Flo & Eddie filed an amended complaint. Sirius's motion to dismiss is now moot. The Clerk of the Court is directed to remove Docket No. 15 from the Court's list of pending motions.

Dated: March 25, 2014

                                                        U.S.D.J.

BY ECF TO ALL COUNSEL

1