UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLO & EDDIE, INC., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC., and DOES 1 through 10,<br><br>　　　　Defendants. | CIVIL ACTION No.<br>13-CV-5784 (CM) (HBP) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Sirius XM Radio Inc. ("Sirius XM")'s Motion for Summary Judgment, Sirius XM's Statement of Uncontested Material Facts Pursuant to Local Rule 56.1 in Support of its Motion for Summary Judgment, the accompanying Declarations of John R. Gerba, David J. Frear, and Terrence R. Smith, and the exhibits annexed thereto, Defendant Sirius XM hereby moves this Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 14C, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in Sirius XM's favor and to dismiss with prejudice Plaintiff's First Amended Class Action Complaint.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Memorandum Endorsement dated May 15, 2014, Plaintiff's opposition is due by July 11, 2014, and Sirius XM's reply is due by August 13, 2014.

Dated: New York, New York
       May 30, 2014

By: /s/ Benjamin E. Marks
   R. Bruce Rich
   Benjamin E. Marks
   Todd Larson
   John R. Gerba
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
r.bruce.rich@weil.com
benjamin.marks@weil.com
todd.larson@weil.com

and

Michael S. Oberman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9294
Fax: (212) 715-8294
moberman@kramerlevin.com

*Attorneys for Defendant Sirius XM Radio Inc.*

TO:   Harvey Geller
       Henry Gradstein
       MaryAnn R. Marzano
       Robert E. Allen
       GRADSTEIN & MARZANO, P.C.
       6310 San Vicente Blvd., Suite 510
       Los Angeles, CA 90048
       Tel: (323) 776-3100
       Fax: (323) 931-4990

and

>Evan S. Cohen
>1800 South Beverly Drive, Suite 510
>Los Angeles, CA  90035
>Tel: (310) 556-9800
>Fax: (310) 556-9801

and

>Kathryn L. Crawford
>Rajika L. Shah
>Kristen L. Nelson
>SCHWARCZ, RIMBERG, BOYD & RADER, LLP
>6310 San Vicente Blvd., Suite 360
>Los Angeles, CA  90048
>Tel: (323) 302-9488
>Fax: (323) 931-4990

and

>Robert L. Rimberg
>Joel Steven Schneck
>GOLDBERG & RIMBERG PLLC
>115 Broadway, Suite 302
>New York, NY 10006
>Tel: (212) 697-3250
>Fax: (212) 227-4533

*Attorneys for Plaintiff Flo & Eddie, Inc.*