GELLER DECLARATION

EXHIBIT 24

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FLO & EDDIE, INC., a            )
California corporation,         )
individually and on behalf      )
of all others similarly         )
situated,                       )  Case No.
                                )  1:13-CV
           Plaintiffs,          )  23182-KMM
                                )
       vs.                      )
                                )
SIRIUS XM RADIO, INC., a        )
Delaware corporation; and       )
DOES 1 through 10,              )
                                )
           Defendants.          )
--------------------------------)


VIDEOTAPED DEPOSITION OF

DAVID FREAR

New York, New York

Wednesday, March 12, 2014










Reported by:

TAMI H. TAKAHASHI, RPR, CSR

Ref: 11451B

1  Frear
2  label.
3      There's no agreement that I've ever
4  seen or that I've ever been made aware of
5  that calls for a payment in respect of
6  pre-1972 recordings.
7      Q.  Okay.  My question was not what do
8  the labels do, my question is what does
9  SiriusXM do.
10     **Does SiriusXM pay a royalty with**
11  **respect to any pre-1972 recordings?**
12     **A.  I don't believe so, no.**
13     **Q.  Has SiriusXM ever paid an advance**
14  **in connection with the exploitation of any**
15  **pre-1972 recordings?**
16     **A.  No.**
17     Q.  And the reason that SiriusXM has
18  never paid an advance or paid a royalty with
19  respect to pre-1972 recordings is because
20  SiriusXM does not believe that it has to pay
21  anything to exploit pre-1972 recordings,
22  correct?
23     A.  Your question is very broad.  I
24  don't know what you mean by "exploit pre-1972
25  recordings."