## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,

        Plaintiff

v.

SIRIUS XM RADIO, INC., a Delaware corporation, and DOES 1 through 10,

        Defendants.

Civil Action No.: 13-CV-5784 (CM) (HBP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/14
```

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, and Pursuant to Local Civil Rule 1.4 for the Southern District of New York, that the law firm of O'Melveny & Myers LLP is hereby substituted in place of the law firms of Weil, Gotshal & Manges LLP and Kramer Levin Naftalis & Frankel LLP as counsel of record for Defendant Sirius XM Radio, Inc. in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing and other filings in this matter should be served upon the following incoming counsel:

O'Melveny & Myers LLP
Marc J. Pensabene
7 Times Square
New York, NY 10036-6524

1

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | O'MELVENY & MYERS LLP |
| */s/ R. Bruce Rich* | |
| R. Bruce Rich | Marc J. Pensabene |
| 767 Fifth Avenue | 7 Times Square |
| New York, NY 10153-0119 | New York, NY 10036-6254 |
| (212) 310-8000 | (212) 326-2070 |
| bruce.rich@weil.com | mpensabene@omm.com |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Michael S. Oberman
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 715-9294
moberman@kramerlevin.com

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Date: 11/18/2014

2

WEIL, GOTSHAL & MANGES LLP

O'MELVENY & MYERS LLP

_____
R. Bruce Rich
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
bruce.rich@weil.com

_____
Marc J. Pensabene
7 Times Square
New York, NY 10036-6254
(212) 326-2070
mpensabene@omm.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP

_____
Michael S. Oberman
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 715-9294
moberman@kramerlevin.com

**SO ORDERED:**


_____
**UNITED STATES DISTRICT JUDGE**

Date: _____

2