UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>     Plaintiff<br>vs.<br>SIRIUS XM RADIO, INC., a Delaware corporation, and DOES 1 through 10,<br><br>     Defendants. | Civil Action No.: 13-CV-5784 (CM) (HBP)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Victor H. Jih, hereby move this Court for an Order for admission to practice Pro Hac Vice as counsel for Sirius XM Radio, Inc. in the above-captioned action.

  I am in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal Court.

Dated: November 18, 2014     Respectfully Submitted,

               /s/ Victor H. Jih
               Applicant's Signature

               Applicant's Name: Victor H. Jih

               Firm Name: O'Melveny & Myers LLP

               Address: 1999 Avenue of the Stars, 7th Floor

               City/State/Zip:  Los Angeles, CA 90067-6035

               Telephone/Fax: (310) 553-6700; (310) 246-6779

               E-Mail: vjih@omm.com