

## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York  10036-6524 | SHANGHAI |
| HONG KONG | TELEPHONE  (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE  (212) 326-2061 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |

December 1, 2014

WRITER'S DIRECT DIAL
(212) 326-2070

**BY ECF**

WRITER'S E-MAIL ADDRESS
mpensabene@omm.com

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>*Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, Civil Action No. 13-CV-5784 (CM)</u>

Dear Judge McMahon:

      On behalf of our client, defendant Sirius XM Radio, Inc. ("Sirius XM"), we write to request a hearing on Sirius XM's concurrently filed Motion for Reconsideration, Or, In the Alternative, to Certify Order for Interlocutory Appeal ("Motion").  The Motion seeks reconsideration, or certification, of the Court's November 14, 2014, Order Denying Defendant's Motion for Summary Judgment.

      Oral argument would aid the Court in its consideration of the new authority presented in Sirius XM's Motion.  It would also be appropriate given the complex and far-reaching impact the Court's ruling will have on numerous stakeholders in the music business.  As the Court recognized, whether a public performance right exists in pre-1972 sound recordings is a "thorn[y] question ... that has profound economic consequences for the recording industry and both the analog and digital broadcast industries."  Order at 16.  To permit a full discussion of these issues, Sirius XM respectfully requests a hearing on its Motion.

                                    Sincerely,

                                      */s/ Marc J. Pensabene*

                                    Marc J. Pensabene
                                    of O'MELVENY & MYERS LLP

cc:    Henry Gradstein (plaintiff's counsel)
        Maryann R. Marzano (plaintiff's counsel)
        Harvey W. Geller (plaintiff's counsel)