UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

FLO & EDDIE, INC., individually and on behalf
of all others similarly situated,

    Plaintiff,

-against-                                No. 13 Civ. 5784 (CM)

SIRIUS XM RADIO INC., and DOES 1 through 10,

    Defendants.
———————————————————————x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/17

## DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DISMISSING THE CASE WITH PREJUDICE

McMahon, CJ.:

Sirius's motion for summary judgment is **GRANTED** and the case is dismissed with prejudice. The Clerk of the Court is directed to close this case.

Dated: March 17, 2017

                                                                     U.S.D.J.

BY ECF TO ALL COUNSEL